**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**J.M., individually et al,**

**Plaintiffs,**

**-against-**

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

**Defendant.**

**26-cv-3190 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that settlement has been reached in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: July 24, 2026
New York, New York



**ANDREW L. CARTER, JR.**
**United States District Judge**